# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2020

## NO. 03-19-00362-CV

**The Franklin Center for Government and Public Integrity and Jon Cassidy, Appellants**

**v.**

**University of Texas System, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on April 26, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that the documents identified on the University of Texas System's privilege log, as redacted and exclusive of information withheld pursuant to Texas Government Code sections 552.117 and 552.137 and Texas Health and Safety Code section 81.046, are not excepted from disclosure under the Public Information Act and must be disclosed as public information. The University of Texas System shall pay all costs relating to this appeal, both in this Court and in the court below.